UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION H-06-433 |
| | § | |
| CARLOS LUIS GUERRA (1) *in custody* | § | |
| HECTOR MANUEL NUNEZ (2) *in custody* | § | |
| ARNOLD TREVINO (3) *in custody* | § | |

## Order

Pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A), the Court finds that the ends of justice which will be served by allowing the Defendants additional time in which to prepare this case outweigh the best interest of the public and the Defendants in a speedy trial. The Court's basis for said finding is that the failure to grant a continuance in this case would deny counsel for the Defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. §3161(h)(8)(B)(iv).

Thus, the Court finds that the time between January 9, 2007 and April 10, 2007 is excluded from consideration under the Speedy Trial Act, 18 U.S.C. §3161(h).

Accordingly, it is ordered that Defendants' unopposed motions for continuance (Dkt. 50, 52) are GRANTED, and the time between January 9, 2007 and April 10, 2007 is excluded from consideration under the Speedy Trial Act, 18 U.S.C. §3161(h). It is further ordered that a final pretrial conference will be held on April 10, 2007 at 9:00 a.m. with the jury selection and trial to begin April 10, 2007 at 1:00 p.m.

Signed at Houston, Texas on January 9, 2007.

Gray H. Miller
United States District Judge